CERDEL CONSTRUCTION COMPANY, INC. v. TOWNSHIP
COMMITTEE OF THE TOWNSHIP OF EAST HANOVER
IN THE COUNTY OF MORRIS.

September 2, 1980.

Petition for certification granted.

RAMON TUBLITZ v. WILLIAM P. TRUBE.

September 2, 1980.

Petition for certification denied.

LIGRAN, INC. v. MEDLAWTEL, INC.

September 2, 1980.

Petition for certification granted.   (See 174 *N.J.Super.* 597)

STATE OF NEW JERSEY v. FRANKLIN MIDDLETON.

September 2, 1980.

Petition for certification denied.